

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-15-00225-CR

EX PARTE LYLE D. HUDDLESTUN, JR.

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. CR-14-25177

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

Lyle D. Huddlestun, Jr., was indicted on two allegations of sexual assault of a child. After a mistrial was declared, the State sought to try the case again; Huddlestun moved for habeas corpus relief and argued that further prosecution was jeopardy barred. The trial court denied habeas relief, and Huddlestun has appealed that ruling. Our resolution of Huddlestun's appeal is addressed in our cause number 06-15-00224-CR, bearing the same style. We direct the reader to that opinion for our resolution of Huddlestun's complaint. For the reasons stated in that case, we affirm the trial court's order denying Huddlestun's application for writ of habeas corpus.


Josh R. Morriss, III
Chief Justice

Date Submitted:     March 8, 2016
Date Decided:       November 4, 2016

Do Not Publish